**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     *Jose Juan Cardenas v. The State of Texas*

Appellate case number:   01-11-01123-CR

Trial court case number:  1309968

Trial court:             184th District Court of Harris County

Date motion filed:       April 11, 2013

Party filing motion:     Appellant

      It is ordered that the motion for reconsideration en banc is **DENIED.**

Judge's signature: /s/  Michael Massengale_____
                 Acting for the Court

Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle participated in the consideration of this motion.

Date:  May 13, 2013